IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PURNELL R. NELSON,

    Plaintiff

v.

SERGEANT JERAMIAH BOONE,

    Defendant

CIVIL ACTION NO. 3:17-CV-2419

(Judge Caputo)

## ORDER

AND NOW, this 22nd day of JANUARY, 2018, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Dismiss Defendant's Petition for Removal (ECF No. 4) shall be construed as a Motion to Remand.

2. Defendant has fourteen (14) days from the date of this Order to file a response to Mr. Nelson's motion.

                                        */s/ A. Richard Caputo*
                                        **A. RICHARD CAPUTO**
                                        **United States District Judge**

FILED
SCRANTON

JAN 2 2 2018

Per_____
    DEPUTY CLERK