**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PURNELL R. NELSON,** | : | |
| | : | |
| Plaintiff | : | |
| | : | **CIVIL ACTION NO. 3:17-CV-2419** |
| v. | : | |
| | : | (Judge Caputo) |
| **SERGEANT JERAMIAH BOONE,** | : | |
| | : | |
| Defendant | : | |

**O R D E R**

**AND NOW**, this **23rd** day of **JANUARY**, **2018**, for the reasons set forth in the accompanying memorandum, Mr. Nelson's Motion for Appointment of Counsel (ECF No. 5) is **DENIED**.

　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　**A. RICHARD CAPUTO
　　　　　　　　　　　　　　　　　　United States District Judge**